■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER MEYERS, Appellant. [629 NYS2d 609] —Judgment unanimously affirmed. Counsel's application to withdraw

granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Burke, J.—Criminal Possession Stolen Property, 5th Degree.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.